# ELECTRONIC RECORD

O88-15
O89-15
O90-15
O91-15
O92-15

COA # 05-14-00139-CR          OFFENSE: 29.03

STYLE: Reginald Doney Thompson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 5

DATE: 12/15/2014          Publish: NO          TC CASE #: F-0724608-L

## IN THE COURT OF CRIMINAL APPEALS          O88-15 O89-15 O90-15 O91-15 O92-15

STYLE: Reginald Doney Thompson v. The State of Texas          CCA #: _____

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD